1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, CA 94105-1545
        Telephone: (415) 977-8942
7       Facsimile: (415) 744-0134
   E-mail: allison.cheung@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DARREN J. HALLIWELL, SR., | Case No. 2:20-cv-01849-AC |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; [PROPOSED] ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

Stip. to Voluntary Remand & Prop. Order; 2:20-cv-01849-AC

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  April 30, 2021					CERNEY KREUZE & LOTT, LLP

							/s/ Shellie Lott*
							(*as authorized via email on April 29, 2021)
							SHELLIE LOTT
							Attorney for Plaintiff

Dated:  April 30, 2021					PHILLIP A. TALBERT
							Acting United States Attorney
							DEBORAH LEE STACHEL
							Regional Chief Counsel, Region IX
							Social Security Administration

						By:	/s/ Allison J. Cheung
							ALLISON J. CHEUNG
							Special Assistant U.S. Attorney
							Attorneys for Defendant

Stip. to Voluntary Remand & Prop. Order; 2:20-cv-01849-AC

2

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

Dated: May 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Voluntary Remand & Prop. Order; 2:20-cv-01849-AC

3